■ MERRITT CORPORATION v. MILTON A. BASS.— Motion for a stay denied. That branch of the motion requesting permission to file supplemental appellant's points is granted on condition that said supplemental appellant's points are served and filed on or before August 30, 1962. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellant. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ MERRITT CORPORATION v. MILTON A. BASS.— Motion for an extension of time and for other relief granted to the extent of directing plaintiff-appellant to serve and file a supplemental record which shall include all of the papers

that were before the court on the original motion which resulted in the order of December 4, 1961, together with its appellant's points on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before September 5, 1962. The order of this court, entered on May 1, 1962 is modified accordingly. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.